IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN CATON LEE, #242755,       )
                         )
     Plaintiff,           )
                         )
v.                       )   CIV. ACT. NO.  2:12cv09- WHA
                         )          (WO)
RON CAVANAUGH, *et al.*,,    )
                         )
     Defendants.        )

**OPINION and ORDER**

On January 25, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 8).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, that the plaintiff's motion to dismiss be and is hereby GRANTED, and that this case be and is hereby DISMISSED without prejudice.

Done this the 17th day of February 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE